UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREGORY JOEL JESSIE–BEY aka Orza Salone, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-00505-JPH-MJD |
| IN THE ESTATE OF ROY ALAN BRUBAKER, MENGES, BYAL, KREBES, FLEMINGS, ANDREWS, METCALF, COUNTY OF HOWARD, STATE OF INDIANA, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Gregory Jessie–Bey brought this case in March 2023, alleging that his state court criminal case in the 1990s was tainted by a corrupt judge, a deficient public defender, and the State's failure to properly oversee the judicial proceedings. Dkt. 1; dkt. 14 (amended complaint). The Court screened and dismissed Mr. Jessie–Bey's claims in August 2023 as barred by the statute of limitations. Dkt. 16; dkt. 17 (final judgment).

In April 2026, Mr. Jessie–Bey filed a 44-page motion for relief from judgment under Federal Rule of Civil Procedure 60(b), alleging judicial misconduct; concealed, unaddressed, and legally significant evidence; fraudulent concealment; void judgment; and equitable tolling. Dkt. 33.

1

Because Mr. Jessie–Bey filed his Rule 60(b) motion nearly three years after the entry of judgment, it is untimely.  Fed. R. Civ. P. 60(c)(1).  Motions under Rule 60(b)(1)–(3) must be filed "no more than a year after the entry of judgment," and motions under Rule 60(b)(4)–(6) "must be made within a reasonable time."  Fed. R. Civ. P. 60(c)(1).  Since Mr. Jessie–Bey waited years to file his motion, it does not satisfy Rule 60(c)'s timeliness standard and is therefore **DENIED**.  Dkt. [33]; *Braun v. Village of Palatine*, 56 F.4th 542, 554 (7th Cir. 2022) ("Braun's motion, coming fifteen months after the dismissal order, was hardly filed 'within a reasonable time.'"); *Kathrein v. City of Evanston, Ill.*, 752 F.3d 680, 689 (7th Cir. 2014).

This case remains closed and the Court does not anticipate further filings under this cause number.

**SO ORDERED.**

Date: 5/28/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

GREGORY JOEL JESSIE-BEY
7260 Rutland Avenue Apt. #203
Detroit, MI 48228

2